# MEMORANDUM DECISIONS.

MANOR **v.** ALDRICH. (Circuit Court of Appeals, Fifth Circuit. December 14, 1903.) No. 1,238. Appeal from the Circuit Court of the United States for the Northern District of Texas. R. M. Vaughan, for appellant. Leroy A. Smith and Drew Pruit, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case must be governed by the opinion handed down to-day in a case between the same parties in No. 1,237. 126 Fed. 934. The decree of the Circuit Court is reversed, and the cause remanded, with directions to proceed as shown by the opinion of this court in No. 1,237.